ORIGINAL
JUDGE [illegible]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    UNDER SEAL   USDNY
                                                    DOCUMENT
        -v-                       :    INDICTMENT   ELECTRONICALLY FILED
                                                    DOC #:
FREDDIE GONZALEZ,                 :    08 Cr.       DATE FILED:
    a/k/a "Jose Frias-Burgos,"
    a/k/a "Sixto Martinez,"            **08 CRIM. 684**
    a/k/a "Tony El Turbo,"        :

                Defendant.        :
- - - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. On or about November 11, 1990, in the Southern District of New York and elsewhere, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, to wit, a conspiracy to distribute five kilograms and more of mixtures or substances containing a detectable amount of cocaine, FREDDIE GONZALEZ, a/k/a "Jose Frias-Burgos," a/k/a "Sixto Martinez," a/k/a "Tony El Turbo," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Carlos Polanco in the vicinity of 108-27 46th Avenue, Queens, New York.

(Title 21, United States Code, Section 848(e)(1)(A);
and Title 18, United States Code, Section 2.)

_/s/ Keith Miller_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FREDDIE GONZALEZ,

a/k/a "Jose Frias-Burgos,"
a/k/a "Sixto Martinez,"
a/k/a "Tony El Turbo,"

Defendant.

---

**SEALED INDICTMENT**

08 Cr.

Title 21, United States Code, Section 848(e)(1)(A); and Title 18, United States Code, Section 2

---

MICHAEL J. GARCIA
United States Attorney.

*/s/ Keith Miller*
FOREPERSON

---

KC
7/24/08

Indictment filed, arrest warrant issued.

F. Maas, USMJ