```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   ORDER
                                    :
        -v.-                        :
                                    :   08 Cr. 684
FREDDIE GONZALEZ,                   :
    a/k/a "Jose Frias-Burgos,       :
    a/k/a "Sixto Martinez,"         :
    a/k/a "Tony El Turbo,"          :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Laurie A. Korenbaum,

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:   New York, New York
         August 15, 2008

_____
UNITED STATES MAGISTRATE JUDGE

HENRY PITMAN
UNITED STATES CHIEF MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC
DOC
ELECTRON
DOC #: _____
DATE FILED: AUG 15 2008