# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

UDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/10

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

September 21, 2010

SEP 22 2010

**VIA FACSILILE**
Hon. Carol Shira A. Scheindlin
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 11201

Re:  United States v. Freddie Gonzales
     08 Cr. 684 (SAS)

Dear Judge Scheindlin:

I, along with David Greenfield, am the attorney for Freddie Gonzales in the above referenced matter which is scheduled for a court conference on September 24, 2010. I write with the consent of the attorney for the government, Laurie Korenbaum, seeking an adjournment until October 27, 2010, a date which I am informed by Ms. Korenbaum, is convenient to the Court. I seek this adjournment to allow for the completion of plea negotiations between Mr. Gonzales and the government.

Mr. Gonzales consents to the exclusion of time from September 27, 2010 through the October 27, 2010 pursuant to the Speedy Trial Act.

If you have any questions or would like to discuss this further, please contact my office at your convenience.

Thank you for you attention to this matter.

Respectfully submitted,

David Stern

cc: AUSA Laurie Korenbaum [via facsimile]

*[Handwritten annotation: Request granted. Conference adjourned to Oct. 27th 2010 at 4:30. Time excluded. So Ordered. /s/ 9/22/10]*